Our second case for this morning is United States v. Terrance Daniels v. David Dean I have Mr. Wosden first Yes You're representing Mr. Daniels, right? Correct So may it please the court, my name is Nicholas Wosden and I am here on behalf of defendant appellant Terrance Daniels and with me is Elyse Ryan, who is representing Mr. Dean Ms. Ryan will be prepared to discuss the issues that are principally raised in Dean's brief and I'm prepared today to discuss the three issues that are principally raised in Mr. Daniels' brief Those three issues are the defendant's misjoinder under Rule 8 the exclusion from trial of Mr. Daniels and the denial of the misdraft And as an initial point, I think it's worth making clear that we argue that each of these errors independently warrants a new trial but even if they didn't, the cumulative effect of all three errors in the same trial certainly seems to Starting with the misjoinder the parties are in agreement that misjoinder is reviewed solely by looking at the face of the indictment So here's my problem with at least the Rule 8 aspect of your argument So I'm putting Rule 14 to one side for right now Rule 8 contemplates that not all defendants need to be named in each count and the bank robberies here were done over a relatively short period of time about five months and you have people mixing and matching in them So even though you've got the one robbery with the two of them and two counts for that and then one that's a Daniels pair and one that's a Dean pair From the point of view of Rule 8b I'm just not sure why that's so far out of line that it would be reversible Why you aren't at least just thinking of a problem that might be addressed under Rule 14 Well with respect to 8 and looking at the face of the indictment Your Honor is pointing out that there is a connection between the robberies to the extent that there are overlapping defendants and three bank robberies But this court's precedents make clear that separate membership and separate conspiracies is an insufficient basis under Rule 8 And so all we really see from the face of the indictment are three separate robberies and there are overlapping membership but that as a matter of law is an insufficient basis under Rule 8 And so when that's taken into account there is clearly a misjoinder under Rule 8 putting aside Rule 14 Well I just don't see anything either clear or otherwise about the misjoinder They've got the different defendants Now I'll grant you that the indictment doesn't go into huge detail about why these have been brought together But you have the same people Daniels and Jones for 3 and 4 And then Dean is the only one charged in 5 and 6 And I'm not sure why that's They're all bank robberies They were working together but now they've done some separately Why these are so different that they can't be joined in one indictment Well the only connection between the three separate counts is that they were all bank robberies Well no, counts 3 and 4 are connected to count 1 because one of the defendants is involved and counts 5 and 6 are the other defendant and they're all doing the same thing in all of them There's a lot of discretion for what gets charged together As long as it's the same basic criminal act Your Honor, I think I respectfully disagree with that I think that Rule 8a allows for you to charge multiple similar acts against the same defendant But Rule 8b says it's a more stringent standard You can only charge multiple defendants in the same indictment if the various charges arise from the same series of acts or transactions Right, and that's why these bank robberies aren't The defendants may be charged in one or more counts together or separately All defendants need not be charged in each count And my problem is that your reading seems to delete that last sentence of 8b You want all defendants charged in each count Your Honor, I disagree with that Our reading is that although all defendants need not be charged in each count that there needs to be some sort of connection with all defendants to every count What about a conspiracy? A conspiracy would be one example We don't think it's necessarily the only example but it's certainly the classic example Well, the government's proposing to prove  That's implicit The government did not allege a conspiracy No, you don't, but there are other ways of having a same series of transactions without a formal conspiracy allegation The rule doesn't say only if there's a conspiracy The rule doesn't say that But the rule does say it's a pleading standard So they need to include in the indictment allegations that are sufficient to justify including all defendants there And in this case, the only possible connection between all three robberies is, as your Honor points out, overlapping membership Well, there's overlapping membership It's the same kind of crime It's the same area, the Chicago area So you think it would be fine if the government had included an extra sentence in each of the counts saying, and this was part of the series of robberies that took place between August and December of 2005 Well, that would have taken care of this initial Rule 8 argument that I'm making But there are also separate Rule 8 arguments dealing with retroactive misjoinder where the government alleges a conspiracy or includes sufficient allegations in the indictment but then fails to prove them And a defendant might, at the end of that trial, be able to say We should have never been joined together to begin with The government just added that additional sentence but they never proved that up But that's not the case here because the government didn't add that sentence Because, to my knowledge, they were not alleging a conspiracy But they do allege that they're bank robberies They do allege, you know, as I said We've got 3 and 4 for Daniels 5 and 6 for Dean And then once the proof is in I know we're looking at the face of the indictment But they've alleged a loose connection So the legal issue I don't want you to use up all your time on this But the question is whether this loose of a connection satisfies Rule 8 So let's get to Mr. Daniels and his exclusion from the courtroom Apparently he behaves himself for quite a while But then he begins, toward the end of the pretrial process To, let's say, raise the kind of sovereign citizen sort of positions And it seems to me if the judge had called him The morning of the trial The morning of the beginning of the trial And he had agreed at that point to be sworn And to give his name Then it seems to me he would have had a right to stay in the courtroom But he doesn't He starts spouting off, you know, that he's a secured party And all these weird things that people say So why isn't that enough? It's not quite the Benabi situation I agree with you, this is not as extreme as Benabi But what was the judge supposed to do When Daniels won't even be sworn And promised to behave himself? So I understand your Honor's question to be Is a failure to promise to behave independently And be sworn And just in the most minimal degree Cooperate with the proceedings And to that I will say that Terrence Daniels walked into court Each and every day with a right to be there Under the Sixth Amendment He didn't need to do anything to secure that right A failure to promise is an independently insufficient basis To exclude him Because he doesn't have to beg for a Sixth Amendment right But he wasn't I mean, the judge had Especially when he refuses You know, the judge is talking to him At the morning that the trial would begin And he's never willing to tell the judge That he's going to, in any way Cooperate with the trial proceedings I mean, there are other people's rights at stake You know, there Do you think he should have just stayed there And every time somebody said something He could stand up and say I'm the secured party You know, Terrence Daniels? I don't think that would have come up Because as we made clear in the briefing He was only giving that speech Largely in response to Affirmative judicial questioning And the court could have preempted all of this By merely asking his counsel Anytime he needed to address Terrence Daniels Which I believe is the court's practice With representative defendants But then he didn't want the counsel speaking for him Excuse me? He didn't want the counsel speaking for him That was his problem That was a problem in an earlier hearing But the court had already decided By the time we got to the exclusion That the counsel was going to continue to represent him The court concluded that The court concluded that, excuse me I believe I'm out of time And I would like to reserve You can reserve a bit, sure Ms. Ryan Good morning, your honors My name is, may it please the court My name is Elyse Ryan And I'm here on behalf of defendant Daveed Dean I would like to touch on one point That your honors made in accordance with Rule 8B With the indictments in this case It is correct that All defendants need not be charged But if we look at cases like U.S. v. Schweitz Which is a Seventh Circuit case There were two defendants that conspired To complete an extortion scheme That was the first charge The second charge was with The second defendant in that case So one of the first two Who was charged With a second extortion Outside of the first conspiracy The court did find misjoinder in that case Due to a lack of evidence That the first defendant involved In the conspiracy was connected at all To the second extortion We have the same situation in this case Where we have a robbery That is included on this indictment That defendant Dean was not involved with in any way And on the face of the indictment Doesn't show that David Dean was involved with in any way Could you speak up a little bit? Sure Thank you So these three bank robberies As you say Are similar in that they are bank robberies But that your honor would Seem to say that any bank robbery Committed in the Chicagoland area Those defendants could be joined together But it's not quite like that You've got the two defendants on 1 and 2 And then you've got one for 3 and 4 And one for 5 and 6 And so it's not Random any bank robberies all through Chicago With anybody that you could think of Right but you make The assumption then there your honor Is that these people were acting together And that's not apparent in the face of these indictments But they were for the first two For the first two yes So there's a connection We see on the face of the indictment That there's a connection between them At least for one bank robbery Yes for one bank robbery Which we don't contest at that point But we do contest the joining of the other two robberies No I understand what your Argument is I'm just saying that Since we know they worked together in the first two It's not that they're strangers being brought Into the case For 3, 4 and 5, 6 Sure but okay I'd like to talk about specifically The prejudice that DeVeteen suffered As a part of these cases being joined together The environment in which DeVeteen Sat through trial So this is also your rule 14 point Yes DeVeteen sat alone in the trial He appeared as the only defendant before the jury And his witnesses took the stand 35 times and testified As to all three robberies When he was only charged with two of those In addition The government in their opening statement Made reference to a string of three Bank robberies that would be committed By one or both of these defendants Along with members of their crew In their opening statement the government Mentioned a crew six times This again your honors is planting A seed that these Defendants acted together in these Robberies and that Blurs really the division of These robberies that is necessary for the jury To be able to segregate the evidence as to These two defendants Now the trial judge Particularly for your client Dean Instructs the jury on a number of occasions You know this evidence pertains to Mr. Dean He tells them before they go deliberate Be sure you keep straight You know Consider each defendant Separately give separate Consideration to each count He's actually not as good giving That instruction vis-a-vis Mr. Daniels But for Mr. Dean he seems to Do that Well first of all your honor I would argue That wherever the instructions were confusing As to Daniels that is also Prejudicial to Dean because Any instance where the jury is Further confused on How to divide this evidence and how to segregate This evidence as to each Defendant that's prejudicial to Dean as well Second of all The instructions in this case were actually Very confusing And they misconstrued evidence that was For example Agent McCune took the stand According to an instruction That he would be testifying as to robbery Two. When he took the stand He immediately began testifying as to His investigation of all three robberies He made an in-court identification Of DeVete Dean and named Dean As a target in his investigation Of those three robberies Again connecting Dean to a robbery With which he wasn't charged And bringing evidence to the jury That was extraneous from Simply just robbery two So what objections are made to those To that Evidence To that evidence? Well the objections to that evidence your honor Is that the instruction was that he would only be Speaking as to robbery two and that the jury Should only take into account Right now I understand that and the judge makes those instructions But when he according to you Strays beyond the scope of the instruction Does counsel object? No Because I think the effect of these instructions Really isn't apparent until The trial has gotten underway We also have LaShawn Vance Who testifies as to all defendants And when he takes the stand The majority of his testimony is As to robbery two with which Dean is not charged But again then he makes an in-court identification Of Dean and talks about his relationships With Dean outside of Right All of this evidence does suggest That maybe it was really sensible If not well done To put them all in the same indictment Well no your honor Because there is no conspiracy charge And there's no conspiracy evidence in this case There's just this blurring of the divisions Of the robberies by these witnesses I mean the fact that Dean was You don't need to prove a conspiracy every time You can prove that people worked together Without going through the formal proof That there was an agreement and people joined it And they knew what the scope was And blah blah blah Sure but the danger in those cases your honor Is this guilt by association then The fact that Dean did know LaShawn Vance and Marcus Moore Doesn't by itself prove that he committed Robberies one way or the other No it doesn't I mean of course Dean is off buying wigs And doing other things For his own counts of conviction Yes That doesn't mean he was robbing banks No Really I mean Taking all of this in totality The evidence that was given By these witnesses along with these confusing instructions Really almost encourages the jury To take in all this evidence into account When it shouldn't When it should be segregating this evidence as to each of the defendants Of course as I recall It's Dean isn't it who winds up Getting convicted on the bank robbery count But not the firearms count For the third robbery yes For the third robbery right So that suggests to me the jury Is in fact paying attention to the Instructions that the District court gives At least for the gun charge your honor But the evidence that is confusing and is problematic Is really the bank robberies But the gun charges are intimately Related to the bank robbery charges Yes but he was still Convicted of robbery number three So you're gonna In regard to the severance Point Dean was prejudiced in that he sat alone in front of the jury While the government In its opening statement read reference to a crew And that these people were acting together That paired with these confusing Limiting instructions given by the court Really creates a guilt By association in the jury's Mind and if the jury wasn't able to segregate This evidence then that is problematic And very prejudicial to the defendants And they deserve a new trial Secondly your honor I'd like to Move on to the cell site Location information evidence That was admitted against Both defendants in this case This was admitted in violation Of the fourth amendment rights of both Defendants as they have a reasonable expectation Of privacy in their locations And movements over an extended period of time Why do they given the stored Communication act and given The order that Then chief judge Kokoris gives for Going to this third party Provider the cell companies To show where the cell records Were I'm not sure why there is A reasonable expectation of privacy In those records The reasonable expectation of privacy your honor is In the locations and movements In an aggregate and in an extended period of time Well this is You're extending Jones Is what you're doing right now and I'm not sure Given the safeguards In the stored communications act That that's A reasonable extension Of Jones Jones is not About a third party provider Holding data That the devices Is beaming back to it Or whatever it does Jones is the GPS Wandering around the country Right your honor and the Third party exception that is raised by the government Deals with information That an individual voluntarily conveys To a third party so in Smith versus Maryland We have a pen register that is Taking note Of the phone numbers dialed And courts have admitted that the phone number That is dialed is voluntarily conveyed But location information is not The third district and the eleventh district Have said this I'm not so sure that that's right if they've said that I mean you know when you pick up your cell phone You're expecting that it's going to send a signal It gets picked up by a tower and transmitted Along to The recipient cell phone Or phone whatever it is I would agree that most Customers probably know that a cell tower is picking Up their call and they complain literally When there's no good tower around And they drop the call But the issue I think is Knowing that that cell phone provider collects And stores that information so that over a Period of three months like we have in this case The government can then turn around and Track the defendant's locations throughout that Three month period Well but That sounds like a law that really hinges on The sophistication of the public As to how much is being Stored I mean you can respond to that briefly if you want I apologize you were saying that the I said it sounds like you want a rule that depends On how sophisticated the public's Understanding of modern technology Is and whether they understand For example how cell phones work My guess is a lot of people actually have a fairly decent Understanding of it That seems like a funny Ground on which to Interpret either the Stored Communications Act Or the Fourth Amendment Well the Stored Communications Act We would argue is insufficient in this case because it's not A probable cause standard And because this is a Fourth Amendment right It deserves a probable cause standard As to the voluntary conveyance of this type of information As Justice Sotomayor Said in Jones This type of electronic communication is really Smith in Maryland Is really ill suited to the technological age She's just concurring That's not the She's not writing for the court there No she's not Okay thank you Your Honor Thank you so much We would ask that the conviction of Davideen be overturned and he be granted a new trial Okay Ms. Bonamici May I please the court Counsel Good morning Your Honor There was definitely No error here in joining The counts that were charged In the indictment and certainly no plain error With respect to Daniels As Your Honor Pointed out There was a connection Between the various Counts and the various defendants on the face Of the indictment and although It was not Thoroughly discussed In a multitude of Individual factual Claims The connection Is really skimpy I'm looking at it Count one straightforward enough So is count two Use of a firearm but then you get to count three And the only thing You see is that it's Also Terence Daniels And you see it's a bank Robbery And that's it You don't have any Reason to think That Daniels didn't just decide to go Rob banks after Mr. Deane Took a turn To the right side There's just nothing that really Links them And the government isn't arguing that the allegations Showing connection are fulsome here However the question is Are they so bare bones That they fail 8B Or have you somehow squeaked over the line That's the issue Well that We would argue that they are sufficient In that they do identify the banks The locations of the banks And the dates and that demonstrates As your honor pointed out That there's at least a Connection a temporal And a connection in proximity And we think that the Identity of the Charged defendants, the identity of the Banks, their location And the timing of the Robberies is sufficient To get over the line So dates, they're all Although quite a few miles apart By the time you get to Skokie And then you go all the way down to Vaughnville It's still the Chicago area It's in greater Chicago, west 162nd street down in South Holland It's a good It is Something to be said about that But on the other hand It is clearly not Plain error And there needs to be in order to Justify reversal An actual prejudice suffered by the Defendant sufficient to deprive the Defendant, one or the other of them, of a fair trial And that simply is not the case here Did this have something to do with Witnesses? These crimes are pretty old The time you got around to trying Yes, well The defendants were not identified As the culprits in these bank robberies For a period of time afterwards There was a lengthy Investigation that Preceded the charging here It took that long to find them? It took that long to identify them Eventually what The evidence of trial demonstrated that Eventually We had CI identification And identification by Some of the members of the group That allowed us to identify all the members Of the group The ones that pleaded guilty Right, and also there was a CI You'll recall in the evidence There was a CI who provided information about The involvement of Two of the defendants I'm just wondering when it got around time for the trial If you have two of them Well I don't know how many were ultimately Well At least, well there were two in this trial There were three people charged in this trial One of whom pled guilty But then two others were charged In separate cases They actually had a trial? I think they pled guilty in their separate cases I'm just looking at witnesses and other things Would it have, is it Maybe it just wasn't really feasible To try these guys separately And I'm wondering that's why It would have seemed We would, at least I would prefer Each one would be tried individually And didn't have the problems with the overlap But there must have been some Other reason To try them together Well the primary reason is judicial efficiency It really Basically what the Defendants would have been asking for Were three separate trials One for each of the two separate robberies And then a third trial For the joint robbery And this is where your witnesses have to Step up on each one of them And you know The witnesses were included Bank tellers who had been terrorized I mostly think about the co-defendants That was charged and pleaded guilty Well there's that as well But we have you know Victim witnesses here who have been Injured in these robberies And terrorized during these robberies And it's not reasonable To expect them to come And then as you say The co-defendants plus there's In addition to that there are a number of law enforcement Witnesses, there were a lot of witnesses in this case There was a number of Or there were a number of witnesses who testified About fingerprint analysis About DNA analysis I mean there were a number of experts It was a pretty Costly affair So it is Appropriate and that is actually The reason that the role of The government from spending Resources unnecessarily And that's what was done here And where as here There was no actual prejudice that Deprived either of the defendants of the right To a fair trial Reversal is not Appropriate But the judge Seems to have gotten confused in his Mid-trial instructions To the jury I was able to find a place where the judge Tells the jury To limit consideration of certain Evidence just to Mr. Dean And not But I don't see the same instruction For Daniel He tells The jury that the testimony of The North Lawndale Robbery applies to the charges in the Entire case but actually the North Lawndale robbery is just Dean So Daniel Is swept in there when he shouldn't be There was some confusion there But to be Clear about what occurred in the trial There was never any request By Mr. Daniel's Counsel for a specific instruction Nor was there any objection To the instruction that you Mentioned or any others Or to any of the evidence that came In after that instruction was given So it is Accurate. There was A loose statement Made that really Shouldn't have been made. Part of the reason I think that led to that was that the Instruction requested by Mr. Dean Related went robbery by robbery As opposed to individual defendant By individual defendant And you can understand perhaps why the Defense lawyer might want to not Mention his client's name all the time You know I mean Understand reasons for it but it contributed I think To the confusion In Issuing the instructions But at the end of the day No I just wondered whether there was A point In this trial I'm remembering in your brief Yeah You begin by Suggesting that there is actually this Larger crew of people Who are working together Dean Daniels Jones Wilburn Moore Vance Two Vances Lashon Vance and Charles Vance and others So is there a point in the trial Where you say to the jury This is actually a Big deal and we're looking at Two people or how do you handle That? Did the jury think That Dean and Daniels were the only two people Involved? Oh no no Mr. Moore Codefendant Moore testified At the trial As did Lashon Vance They both testified that This group were hanging out At Mink's house The uncle's house Discussing bank robberies talking about them And eventually one by one They became members Or you know participants In the bank robbery activities That was the testimony So your testimony shows why There is some kind of integrated Series of transactions Not just isolated and random Bank robberies around Chicago Exactly and that is one reason One of several That there is no actual Prejudice here because in reality That was the evidence That was presented And Therefore there is no Improper connection Being made here They were properly connected Because in fact they were connected Now with respect to The arguments about spillover Daniels The one that we are concerned about The only one that was not given All of his proper protections In the first place did receive The overall instruction that each count And each defendant needed to be considered Separately and that the robberies Needed to be addressed separately So he was given some protection But in his particular Case there is absolutely No possible way looking at the evidence That was presented at this trial That he was convicted based on Some sort of spillover effect of evidence That related to crimes He was not even charged with I mean he is the person For whom the evidence Well actually both these defendants the evidence was absolutely Overwhelming Concerning their guilt We had DNA evidence and fingerprint evidence And two cooperating witnesses Testifying about exactly what happened And their testimony Corroborated by all of the physical evidence Plus the additional Cell site information Evidence I mean there was an absolute Avalanche of evidence Of these two defendants guilt So let me ask you about something else then In this bullied Juror One of the things that bothers me about that Is that the district Judge Essentially testifies You know he says yeah I was wandering down the hall And I see you're sitting on the floor And you know I had this conversation And the court security officer is talking about well I mean this seems Very irregular to me The judge needs to have Somehow gotten out Into the open the fact that this is happening The juror is not In the jury room Supposedly they finished deliberating But we don't know So do we have a rule That the judge just Does this without participation Of the parties Well I think that If I understood the record correctly The Your description of the events Combines somewhat the judge's observations And the court security officer's Right because that's what the judge does He recounts his own observations And then he talks I can't remember whether the court security officer Testifies or whatever but he Well I don't Know Exactly what a judge regularly Observes with respect to jurors Because I'm not a judge and I don't sit There but it is not Uncommon in my experience to learn That individual jurors Sometimes step outside to make phone calls Sometimes step outside just to take a break Sometimes Use the bathroom or Go downstairs or Outside to smoke from time to time And the jury is instructed That they are not to deliberate When an individual juror Is out of the room One gets the picture here that this Woman is huddled on the floor In the middle of a panic attack That surely is not the same thing as going to the Restroom That's true But I don't It wasn't clear to me From reviewing the record That that is something that was observed Until the very end Until after the deliberations Had been concluded The deliberations actually four days I think that's right your honor So it's a long time and I assume that When the judges I don't know what it looks like In that particular courtroom Or the area is it where the judge Would be just Walking outside there thinking everybody's in Deliberating is that what Maybe there been some reason for him To have that encounter Well the way that the Courts are Configurated downstairs are that The judges chambers are Behind these doors the Courtroom doors so as he travels to and From his courtroom and his chambers He will be passing The hallway that's right outside the Jury room that's attached Essentially to his own chambers So his encounter would have probably Well just from his point of view At least thinking that everybody's inside Either deliberating or waiting for the Attorneys to get back or whatever it was at that Stage right or Or that somebody had stepped out and is Waiting to go back in or I mean It's not that unusual For people to be There the hallways back There are not filled with people all the time But it's not very unusual For there to be individuals In the hallway as you Pass from the courtroom to chambers Normally I think a judge would want to be careful Not to go out in the Hallway when the jury is something other than Going to lunch and doing other things You don't want that kind Of an encounter I guess That might be true but if he were to Finish his call and go Back to his chambers and see that A juror was outside He might want he probably would I think check from Time to time to make sure the juror went back In eventually or you know make sure that that Wasn't a lengthy period Or something to be concerned about But the mere fact that as he Traveled and probably as you point out Trying to avoid contact And anything else As he just took the Ten steps that it took him to get from the door To his courtroom to the door to his chambers I mean it would probably be A very small Amount of time that he would See anything and he probably wouldn't You know he certainly wouldn't engage the juror You wouldn't think and there's no evidence That any such thing happened here So I think that This is kind of unusual And I also think that it's most Likely that nothing Seemed to be unusual about it Until after the fact when the Juror calls back and says that she's Upset about her decision Then all of a sudden Things take on a different look But the core Point here is that There was absolutely No basis upon which to conduct The investigation that defendant's complaint Was not conducted here Because there was no evidence None whatsoever that there was any Extraneous influence Brought to bear on the Jurors in fact As I understand your position it's really It rests on the fact that the juror Herself doesn't ever say You know there was a physical threat Or she doesn't say somebody From outside the jury room Was trying to influence this Or she doesn't say any of the things that Would in fact trigger a problem Is that it? She doesn't even allege? That's right and the reason for that is We don't make a practice Of questioning Jurors unless there's a Good reason for doing it and the good reason For doing it is strictly limited by the Rules and by the case law And this situation Just did not present one In which the court should have conducted any Inquiry period And that's what The court did Her Allegation sounded just Like That she had maybe some Remorse about her decision and that She experienced during The jury deliberations Some feeling of pressure from the Other jurors That's not unusual and it's not grounds To investigate Ms. Boenricher can I turn to the For a moment to the Exclusion from the courtroom Okay Is it The government's position to be that When the inquiry is made on the day Of trial About willingness to cooperate That That response For the Statements that were made That Constitutes a disruptive Base for the judge to exclude No No your honor I wouldn't say that What I would say is that In this circumstance given A month long history Of Pro se Crazy Filings and behavior By the defendant In multiple proceedings Why was his behavior so bad though? This was not behavior As in Benabe He's just saying obnoxious things He's not well otherwise Actually There's that however What he is saying Demonstrates a complete lack of respect For the court and gives Absolutely zero confidence And in fact raises a question about whether He can be depended on To behave in court but there was More than that in this case There was an instance where he refused to leave the Courtroom and he was yelling at the judge And he had to be forcibly removed From the courtroom and that was A very short period before this file So your honor in response to your Question Judge Flom what I would say Is that when you have a pattern Of conduct that goes for a month And it includes not just Written filings but Verbal complete stubborn Belligerent refusal to Engage with the court when the court is directly Speaking to you Refuse to cooperate in any Manner even raise your hand Even be sworn even give A responsive answer and You have exhibited Disruptive behavior in the form Of yelling at the judge and having to be Forcibly removed in that The district court definitely has The discretion to Pursue any number of Different tactics to Attempt to assure that the Trial proceedings will proceed In an appropriate manner particularly Where as here There's a co-defendant on trial as well And that kind of Behavior and the disruption Were to escalate I mean that would Pose a serious problem and Undoubtedly Result in a motion for mistrial And perhaps require a retrial No I understand it so I Just want to understand That the government's position should Be accepted We have a series Of disruptive Behavior pretrial And so You obviously Want our court to Look at that context And now The trial is to start His Disruptive behavior in the past which I'm not questioning your description in Any way Has been in response to questions I mean I know he Filed motions but Does his disruptive behavior Occur because he has asked questions By the court I would Not put the Give responsibility to the court For asking the questions What happened here is He took this position Started the filings Started engaging The first instance had to do With him Speaking to his lawyer and his lawyer Filing a pleading With the court telling the court what was going On and flagging for the court a potential Problem and then the court Inquired I mean In part to assure That the defendant's rights were being Protected here So to the idea that This argument was raised in the reply To the idea that it was the court Who precipitated this conduct and the Court could have prevented its further Happening simply by changing Its behavior I personally I think that's crazy The court here did Two things, attempted to explore A potential problem with The lawyer before the trial began And attempted to explore Whether the defendant Was going to disrupt the proceedings Was going to Potentially disrupt the proceedings That's what I want to get to Do we have a case where you have Disruptive behavior Pre-trial The trial starts Inquiry is made whether you're Going to continue The pattern that Has been suggested And we get this statement The court has no authority That would be Sufficient in the government's view We don't have to get A particular disruptive Behavior other than that Response For the judge to make the conclusion That you're not honoring The inquiry or the request I make that you don't disrupt I think it would be The government is not advancing the claim That the mere refusal to agree To cooperate Standing alone is sufficient What the government is saying Is that in this type of Context Where there's a lot that precedes it Including right up to and including the pre-trial Conference days before the trial The court Definitely has the discretion To take affirmative steps To assess Whether there's the potential Serious potential for Disruption And whether that Serious potential is sufficient To constitute a waiver That's what the court did in this case Government says there's no Abusive discretion But is it the government's position There was disruptive behavior In advance of the day of trial Yes Alright, thank you very much Thank you. Your Honor, the government Would request that the convictions and Sentences of both the defendants be affirmed Thank you. Anything further, Mr. Bosden? May it please the court, I just want to Address a few points on each one Of the three issues that were just discussed With the government, and I'll start In order with the Miss Joinder point Your Honor emphasized How barebones the indictment was And some of the questions that you asked me earlier Regarding the existence of overlapping Defendants, I just wanted to clarify That under the Velasquez case that we cite in the brief This is just a bootstrapping argument That's our position on that But the government just stood up here and said that Daniel suffered no prejudice From the Miss Joinder And I don't think the record can support That position The primary concern With trying multiple defendants together In the same case is the possibility That the juror will Improperly weigh certain evidence Related only to one defendant Against another Now in most cases that's a possibility But we don't have to speculate about whether That happened here because the district court Expressly instructed the jury to do that It's an unusual case Prior to The judge also says, you know, you've got two Different people You know, evaluate the evidence as to each one As to each count Consider each defendant separately, give separate Consideration to each count, so he does it both ways So we have to assume the jury Ignores that No, I disagree with that your honor, respectfully The jury was Later at the end of the trial instructed To consider each defendant separately, etc But that in no way cures The initial erroneous instruction where the Jury did not do that, he said Consider this evidence against this person And this evidence against this person And oh, all of this evidence against Daniels And at the end he just reconfirmed that And said all of the evidence I've told you to consider Against each person, do it And under this circuit's law we presume that they did And there can be no doubt that The jury weighing the Testimony of unquestionably unrelated Witnesses against Daniels caused him prejudice Let me move on to The exclusion from trial points The government referenced Daniels month long history Of What they're calling disruptive conduct In his pro se filings But the points that we're making in the brief is that None of this was sufficient to Threaten the ability of the district court to Hold a fair trial Here's what seems to me to have worried the district court That Maybe all he was doing even on the First day of trial was Repeating A Belief that was disrespectful to the Tribunal but maybe that was all that Was but I think the district Court was afraid that that was going to lead To an event that would Cause a mistrial And you only have two ways to go You can either use preventive medicine or you can Do the one free bite that Might actually blow up the whole trial And so The question is under Banabe Given the context that had Built up pre trial Was there enough in the record for the judge To use the preventive medicine approach Set up the video feed At the MCC which I understand Mr. Daniels didn't want to look at And he said anytime you change your mind You're welcome back you know just stay in touch All you have to do is send me the word So I think that's really the issue Whether there's enough of a predicate For the preventive approach I think your honor is correct on this We of course argue in the brief that His Behavior was not a sufficiently reliable indicator Of future misconduct And for that reason I would say that the district How can you say that when he had to be removed One day The transcript on that particular hearing It was the second hearing in August and the second hearing That he had ever spoken at Doesn't really support A characterization of that hearing as extreme He raised his hand during the middle Of the hearing was denied by the District Court the opportunity to speak And then on his way out After the hearing had adjourned asked the District Court two times am I being Denied my right to speak In response to those two questions The district court had him forcibly removed from the Courtroom and I think that Both of those questions bring together the same Point that I'd like to make here which is that Judge Duryeg Made it clear on the record that he had had a prior Problem with sovereign defendants He says this sounds like the same boilerplate Language that other prison inmates Have read to me before And he also made it clear on the record that He resorted to the possibility of a Sixth amendment waiver the very first Time that Daniels ever spoke And this speaks to your sufficiently Reliable indicator point No case Allen or Banabe holds that you can look To the conduct of other defendants that Came in cases before To try to predict what this Defendant will do in this case after We start trial you can't use somebody As a basis for Terence Daniels' sixth amendment waiver And the second point that flows from the exact same Set of circumstances is that Because Daniels articulated a sovereign theory And Judge Duryeg had had a problem With sovereigns prior to this He excluded him Or he began the process of excluding him But he would have included him Either the first day of the trial or any Other day I think actually you're going to We do have this point so why don't you wrap up And we'll see I'm going to give Miss Ryan An opportunity to I just wanted to finalize and say Just make it clear Banabe does not Hold that once you articulate a sovereign Jurisdictional theory you are out You must do more So thank you very much And as I said I'm going to give you a minute if you wanted Miss Ryan We let the government go on for extra time So Equal time I would just like to say your honors that Illegal acts Are not part of an overall scheme Or plan and that's what happened Here we have separate defendants Separate people carrying out separate bank Robberies There was there were not sufficient Connections here in order to say that these were all carried Out by the same crew of people And the court did not instruct the jury Sufficiently in how to segregate this Evidence the first time that the jury Heard an instruction to segregate the evidence Was when the fifth witness took the stand This is after the government gave their Opening statement and after the first four witnesses Testified as to two different Bank robberies So it wasn't sufficient in this case your honors And it prejudiced defendant Dean In such a way that he deserves a new trial And did not receive a fair trial In the district court So we ask that his conviction be overturned Alright thank you very much and you were both Appointed were you not by the court to take these Appeals we appreciate very much Your assistance to your clients and to the Thanks as well to the government And we will take this case under advisement